UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:  CHAPTER 13
 CASE NO: 22-41729

TIFFAINI S. WILLIAMS, Debtor
28073 Aberdeen St.
Southfield, MI 48076
SSN: XXX-XX-3626  JUDGE: THOMAS J. TUCKER

## ORDER DISMISSING CHAPTER 13 CASE

This matter having come on for hearing before the Court with due notice having been provided, the Court finds it appropriate to enter this Order based upon one of the following paragraphs so indicated:

For failure to comply with the terms and conditions set forth in the Order Adjourning Section 341 Meeting of Creditors and Confirmation hearing entered on June 29, 2022; the Trustee representing to the Court by the presentation of this Order for entry that the debtor(s) failed to comply with the Order Adjourning Hearing as the adjourned §341 First Meeting of Creditors set for August 23, 2022, was not concluded. The Trustee representing to the court that the Debtor has unfiled City of Detroit taxes for years 2020 and 2021 according to the Michigan Department of Treasury pacer claim #15-2.

**IT IS HEREBY ORDERED** that the within case is dismissed and the automatic stays issued pursuant to 11 U. S. C. §§ 362 and 1301 are hereby terminated;

**IT IS FURTHER ORDERED** that the Clerk's Office shall immediately provide notice of the entry of this Order to all interested parties and the attorney for the debtor(s), if any.

**IT IS FURTHER ORDERED** that TAMMY L. TERRY, TRUSTEE, is discharged as Trustee and the Trustee of her surety are released from any and all liability on account of the within proceedings;

**IT IS FURTHER ORDERED** that the debtor(s) attorney shall be awarded the total sum of **FEE APP** as compensation. The Trustee shall pay this sum, less any amount paid previously, after payment of Clerk's and Trustee's fees, to the extent funds are available.